IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JONATHAN VALLES,<br><br>*Plaintiff,*<br><br>v.<br><br>FROST-ARNETT COMPANY,<br><br>*Defendant.* | §<br>§<br>§<br>§  CASE NO.: 2022-CC-001495-O<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT FROST-ARNETT COMPANY'S
NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE:

COMES NOW, Defendant Frost-Arnett Company ("Defendant") and files its Notice of Removal as follows:

1. Plaintiff Jonathan Valles ("Plaintiff") filed his state court Petition on January 25, 2022, in the County Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

2. This is a civil action based on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition. Defendant was served on February 4, 2022.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the Clerk of the County Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

8. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated:  02/25/2022

Respectfully submitted,

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN:  0094080
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone:  (813) 251-5500
Direct:  (813) 251-3688
Fax:  (813) 251-3675
cmchale@gsgfirm.com
dgolden@gsgfirm.com
Attorneys for Defendant